UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No: 26-cr-152 (DWF/ECW)

UNITED STATES OF AMERICA,

Plaintiff,

v.

**MOTION TO UNSEAL**

CHRISTIAN JEREMIAH CASTRO,

Defendant.

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and LeeAnn K. Bell, Assistant United States Attorney, hereby moves the Court for an order to unseal the case, including the Indictment, in the above-referenced matter.

This motion is based upon the records and proceedings in this matter. Specifically, on September 2, 2026, the government requested that the Indictment be sealed because the defendant had not yet been arrested and the public filing of these materials could alert the defendant and result in their flight and destruction of evidence. The defendant is now in custody, the government no longer has flight and destruction of evidence concerns, and thus unsealing is warranted.

Dated: September 4, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/ David P. Steinkamp*
BY: DAVID P. STEINKAMP
Assistant U.S. Attorney
600 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415
Attorney reg: 178470
david.steinkamp@usdoj.gov
612-664-5600