UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-cr-152 (DWF/ECW)

UNITED STATES OF AMERICA,

Plaintiff,

v.

**ORDER TO UNSEAL**

CHRISTIAN JEREMIAH CASTRO,

Defendant.

This matter is before the Court on the Government's Motion to Unseal in the above-referenced matter.

NOW, THEREFORE, IT IS HEREBY ORDERED, upon good cause shown, that the government's motion is granted, and the case, including the Indictment, is hereby unsealed.

September 4, 2026
Dated

*s/Shannon G. Elkins*
THE HONORABLE SHANNON G. ELKINS
UNITED STATES MAGISTRATE JUDGE