**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

Christian Jeremiah Castro,

Defendant.

Case No. 26-cr-00152 (DWF/ECW)

**ORDER**

This case is before the Court on Defendant Christian Jeremiah Castro's Motion to Amend the Conditions of Release (Dkt. 22). Defendant asks the Court to amend the Order setting the conditions of his pretrial release, so that Condition (7)(p)(ii) (Home Detention) is checked rather than Condition (7)(p)(i) (Curfew). (*Id.* at 2.) He also asks the Court to give the federal pretrial services officer leave to share the details of supervision, including any violations, with her state-court counterpart. (*Id.*)

Plaintiff United States of America does not oppose the change in conditions from Curfew to Home Detention because doing so "imposes more restrictive conditions on the Defendant" but does oppose the request relating to information sharing because "[a]ccording to the supervising officer, pursuant to the 'Guide to Judicial Policy' promulgated by the Judicial Conference of the United States, Pre-trial Services cannot share information or produce records in state legal proceedings regarding the Defendant's supervision." (Dkt. 23 at 2.)

Based on the files, records, and proceedings herein, the Motion is **GRANTED** insofar as Defendant is no longer subject to Condition (7)(p)(i) (Curfew) set forth in the September 18, 2026 Order Setting Conditions of Release (Dkt. 19). Instead, by this Order, Defendant's conditions of pretrial release now include the following requirement:

> Defendant must participate in one of the following location restriction programs and comply with its requirements as directed. **Home Detention**. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer.

All other previously ordered conditions set forth in the September 18, 2026 Order Setting Conditions of Release remain in place.

The Motion is **DENIED** insofar as it asks the Court to give the federal pretrial services officer leave to share the details of supervision, including any violations, with her state-court counterpart. This denial does not preclude the federal pretrial services officer from sharing information regarding violations with her state-court counterpart in the manner permitted by the Guide to Judiciary Policy.

**SO ORDERED.**

Dated: September 25, 2026

*s/ Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge